TRUDY A. NOWAK
Chapter 7 Trustee
8050 N. 19th Ave., PMB #618
Phoenix, AZ 85021
Email: trustee@tanowak.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| ROBERT I SHAW and | ) | Case No. 4:20-bk-06079-SHG |
| KENDALL E SHAW, | ) | |
| | ) | NOTICE OF TRUSTEE'S INTENT |
| Debtors. | ) | TO ABANDON PROPERTY |
| | ) | |

    NOTICE IS GIVEN that Trudy A. Nowak, Chapter 7 Trustee, proposes to abandon the following described property pursuant to 11 U.S.C. § 554 on the grounds that the amount of secured claims and liens against the property, and the amount of the exemption claimed in the property by the Debtor(s), exceed the value of the property:

**ANY AND ALL INTERESTS OF THE DEBTORS, INCLUDING DEBTORS' SHAREHOLDER INTERESTS, IN LONELY STREET PRODUCTIONS, INC. (CEASED OPERATIONS MARCH 31, 2020)**

**ANY AND ALL INTERESTS OF THE DEBTORS, INCLUDING DEBTORS' SHAREHOLDER INTERESTS, IN THE PALM THEATRE, INC. (CEASED OPERATIONS SEPTEMBER 9, 2015)**

**2016 Honda Civic Coupe VIN: 2HGFC3B38GH352955**
**2011 BMW 335d VIN: WBAPN7C51BA949048**
**2006 BMW F650GS VIN: WB10185AX6ZL42330**

    Pursuant to Local Rule 6007-1, any person opposing the abandonment shall file a written objection and request for a hearing within 14 days of service of this notice. The objection shall be filed with the U.S. Bankruptcy Court, District of Arizona, 38 S. Scott Avenue, Tucson, AZ 85701 <u>and</u> mailed to the Trustee, Trudy A. Nowak, at 8050 N. 19th Ave., PMB #618 Phoenix, AZ 85021

    If a party in interest timely objects to this abandonment notice in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property will be deemed abandoned. Trustee will lodge and upload an order approving the abandonment.

Dated: July 3, 2020          */s/ TRUDY A. NOWAK*
                               Chapter 7 Trustee

To be mailed by the Bankruptcy Noticing Center to all creditors and parties in interest on the master mailing list.